# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

MATTHEW JAMES CUYPERS         Criminal No. 22-MJ-227 JFD

                Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee:  MATTHEW JAMES CUYPERS

Detained at (custodian):  PENNINGTON COUNTY (SD) JAIL

The government is requesting the **investigating agency** to transport detainee.

Detainee is:  a.)  (X) charged in this district by: Complaint
                   Charging Detainee With:  Conspiracy to possess with intent to distribute methamphetamine
or       b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of this proceeding
or       b.)  (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on TBD.

Dated: March 15, 2022                                s/Andrew Dunne
                                                                   ANDREW DUNNE, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

March 15, 2022                                                                                    

Date                                                                 UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | 7018169 | DOB: | xx/xx/1982 |
| Facility Address: | 307 St. Joseph Street | Race: | White |
| | Rapid City, SD 57701 | FBI #: | |
| Facility Phone: | 605-394-6116 | | |
| Currently Incarcerated For: | Possession of Controlled Substance or Drug | | |

## RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                                                                            (Signature)

Writ issued 3/15/2022