UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1. MATTHEW JAMES CUYPERS,<br>2. EVAN ANDREW LAUTIGAR, and<br>3. JOHN ARVID SUNDQUIST,<br><br>Defendants. | CR 22-88 JNE/LIB<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 846<br>21 U.S.C. § 853 |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy To Distribute Methamphetamine)

From in or about January 2022, and continuing through on or about February 24, 2022, in the State and District of Minnesota and elsewhere, the defendants,

**MATTHEW JAMES CUYPERS,
EVAN ANDREW LAUTIGAR, and
JOHN ARVID SUNDQUIST,**

did knowingly and intentionally conspire with each other and with others known and unknown to the grand jury to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine,



U.S. v. Matthew James Cuypers, et al.

a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

## COUNT 2
(Possession With Intent To Distribute Methamphetamine)

On or about February 24, 2022, in the State and District of Minnesota and elsewhere, the defendants,

**MATTHEW JAMES CUYPERS,
EVAN ANDREW LAUTIGAR**, and
**JOHN ARVID SUNDQUIST,**

aiding and abetting and being aided and abetted by each other and others, known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A).

## COUNT 3
(Possession With Intent To Distribute Methamphetamine)

On or about April 7, 2022, in the State and District of Minnesota and elsewhere, the defendant,

**EVAN ANDREW LAUTIGAR**

U.S. v. Matthew James Cuypers, et al.

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A).

## FORFEITURE ALLEGATIONS

Upon conviction of Counts 1, 2 or 3 of this Indictment, the defendants,

**MATTHEW JAMES CUYPERS,**
**EVAN ANDREW LAUTIGAR**, and
**JOHN ARVID SUNDQUIST,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds the defendants obtained directly or indirectly as a result of said violations, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations.

If any of the forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY            FOREPERSON